UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x

ESTHER LERNER, on behalf of
herself and all others similarly
situated,

              Plaintiff,

   -against-

ASSET ACCEPTANCE, LLC

             Defendant(s).

----------------------------------------x

STIPULATION OF DISMISSAL

07 CV 2703

    Plaintiff, Esther Lerner, hereby voluntarily dismisses this action against defendants, ASSET ACCEPTANCE, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other. The Court is to retain jurisdiction for the purpose of enforcing the terms of the settlement of the parties.

    An executed faxed copy of this Stipulation shall be deemed as a signed original.

This 24th day of April 2008

For the Plaintiff
KLEINMAN, LLC
Abraham Kleinman (AK 6300)
626 RexCorp Plaza
Uniondale, NY 11556

For the defendant
MEL S. HARRIS & ASSOCIATES, LLC
Arthur Sanders (AS1210)
5 Hanover Square, 8th Floor
New York, NY 10004